UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENIOR HOUSING ASSISTANCE GROUP doing business as TUKWILA VILLAGE PHASE 1 SENIOR LIVING APARTMENTS,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSEPH STANLEY PIGOTT and all other occupants also known as KING ABDUL MUMIN EL,<br><br>            Defendant. | CASE NO. 2:26-cv-00616-JHC<br><br>ORDER |

This matter comes before the Court *sua* sponte.  A court may raise the issue of subject matter jurisdiction at any time during the pendency of an action.  *Nevada v. Bank of America Corp.*, 672 F.3d 661, 673 (9th Cir. 2012).  Defendant has apparently sought to remove from state court an unlawful detainer proceeding against him.  Dkt. # 1.  But the Court does not appear to have subject matter jurisdiction over this matter.  *See* 28 U.S.C. § 1441.  For example, there is no assertion in any of Defendant's filings that there is diversity of citizenship or federal question jurisdiction.  *See id.* at § 1441(b)-(c).  Thus, to the extent this matter has been removed, the Court

ORDER - 1

ORDERS this case REMANDED to King County Superior Court and STRIKES the motions at Dkt. ## 6 & 7.

Dated this 6th day of March, 2026.

John H. Chun
United States District Judge

ORDER - 2